# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OREGON MUTUAL INSURANCE COMPANY, | ) | 1:07cv0719 OWW DLB |
| | ) | |
| | ) | ORDER GRANTING DEFENDANTS' MOTIONS FOR CHANGE OF INTRA-DISTRICT VENUE |
| Plaintiff, | ) | (Documents 11, 18) |
| v. | ) | |
| SYLVIA L. SHAW, et al., | ) | ORDER VACATING AUGUST 23, 2007, HEARING DATE |
| Defendants. | ) | |

Defendant Sylvia L. Shaw ("Defendant Shaw") filed the instant motion for change of intra-district venue on June 22, 2007, requesting that this action be transferred from Fresno to the Sacramento division of this Court. Plaintiff's Oregon Mutual Insurance Company ("Plaintiff") filed a notice of non-opposition on July 10, 2007, and the matter was removed from calendar.

On July 23, 2007, Defendant Daniel Near ("Defendant Near") filed an identical motion. The motion was set for hearing on August 23, 2007. By this order, the Court will address both motions and therefore vacates the August 23, 2007, hearing date.

Given that a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within the Sacramento Division, the location of the potential witnesses, and Plaintiff's notice of non-opposition to the request, Defendants' motions are GRANTED. This action is therefore TRANSFERRED to the Sacramento Division of this Court.

IT IS SO ORDERED.

Dated: **July 30, 2007**        /s/ **Dennis L. Beck**
        UNITED STATES MAGISTRATE JUDGE

1